IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIANNA D. TAYLOR,

    *Plaintiff*,

v.                                  Case No.: 1:25cv77-MW/HTC

LEVY COUNTY
SHERIFF'S OFFICE, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Plaintiff's objections, ECF No. 12.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 11, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendants' motion to dismiss, ECF No. 4, is **GRANTED in part** and **DENIED in part**. The motion is **DENIED** with respect to Plaintiff's Fourth Amendment excessive force claim against Deputies Quincey, Horne, and Dean for damages. The motion is **GRANTED** with respect to the balance of the claims. All non-excessive force claims against the deputies, was well as the claim against the LCSO, are **DISMISSED without leave to amend**.

Defendants Quincey, Horne, and Dean shall file their answer to the excessive force claim **on or before July 1, 2025**. This case is remanded to the Magistrate Judge for further proceedings.

    **SO ORDERED on June 17, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
